**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ERIK GIOVANNI MARTINEZ IRAHETA | CASE NO. 6:26-CV-1773 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| US IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus challenging his detention is **DISMISSED WITHOUT PREJUDICE** as premature.

**IT IS FURTHER ORDERED** that Petitioner's claims concerning his conditions of confinement are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 6th day of August, 2026.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**